IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-02169-KAS

NIRMALA MOONSAWMY, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

LEAD SHERPA, INC.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiff's **Notice of Dismissal Without Prejudice** [#13], which is a self-effectuating notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's claims were dismissed without prejudice as of the filing of the Notice. Accordingly, the Clerk of Court is **directed** to terminate this case.

    Dated: January 6, 2026